**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Womens Life Care Center, et al., | Civ. No. 24-4250 (JWB/SGE) |
| Plaintiffs, | |
| v. | |
| Keith Ellison, et al., | **ORDER OF RECUSAL** |
| Defendants. | |

---

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses in this matter.


Date: November 25, 2024

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge