UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Women's Life Care Center, et al., | Civil File No. 24-cv-04250-NEB-SGE |
| Plaintiffs, | |
| vs. | **[PROPOSED] ORDER GRANTING STIPULATION REGARDING EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** |
| Keith Ellison, et al., | |
| Defendants | |

The Stipulation regarding the Extension of Time to Answer or Otherwise Plead [Dkt. 23] is hereby **GRANTED**.  Defendants shall have 30 days after Plaintiffs serve their preliminary injunction motion and supporting materials on Defendants to answer or otherwise plead.

Dated: _____

_____
Magistrate Judge Shannon G. Elkins