# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Women's Life Care Center, et al., | Civil File No. 24-cv-04250 (NEB/SGE) |
| Plaintiffs, | |
| vs. | **STATE DEFENDANTS' MOTION TO DISMISS** |
| Keith Ellison, et al., | |
| Defendants. | |

TO: The Administrator of the Above-Named Court, Plaintiff Women's Life Center, Attorneys Harold C. Knecht, III, 20 Doral Road, Dellwood, MN 55110; Harold J. Cassidy, Joseph R. Zakhary, Derek M. Cassidy, Thomas J. Viggiano, III, The Cassidy Law Firm; Gene Schaerr, Schaerr Jaffe, LLP; James Ronan, Ronan, Tuzzio & Giannone, and all Counsel of Record

State Defendants Minnesota Attorney General Keith Ellison, Minnesota Governor Tim Walz, Minnesota Department of Human Services Temporary Commissioner Shireen Gandhi,[1] Minnesota Department of Health Commissioner Brooke Cunningham, Minnesota Board of Medical Practice President Pamela Gigi Chawla,[2] Minnesota Board of Nursing President Jessica Miehe,[3] Minnesota Board of Pharmacy President Ronda Marie Chakolis-

---

[1] Plaintiffs listed former Department of Human Services Commissioner Jodi Harpstead in their complaint. Because Harpstead is no longer Commissioner and Plaintiffs sued Harpstead in her official capacity only, the Court should substitute Gandhi for Harpstead as a party and should amend the caption and the docket accordingly. Fed. R. Civ. P. 25(d).

[2] Plaintiffs listed former Minnesota Board of Medical Practice President Cheryl Bailey in their complaint. Because Bailey is no longer the Board President and Plaintiffs sued Bailey in her official capacity only, the Court should substitute Chawla for Bailey as a party and should amend the caption and the docket accordingly. Fed. R. Civ. P. 25(d).

[3] Plaintiffs listed former Board of Nursing President Laura Elseth in their complaint. Because Elseth is no longer the Board President and Plaintiffs sued Elseth in her official (Footnote Continued on Next Page)

Hassan,[4] all in their official capacities ("State Defendants") move the Court pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) for an Order dismissing Plaintiff's Complaint (ECF No. 1) for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted. This motion is based upon the files, records, and proceedings herein, including the memorandum of law filed and served with this motion.

Dated: March 21, 2025

KEITH ELLISON
Attorney General
State of Minnesota

s/ Margaret Jacot
MARGARET JACOT (0346755)
JEFF TIMMERMAN (0352561)
ANNA VEIT-CARTER (0392518)

Assistant Attorneys General
445 Minnesota Street, Suite 600
St. Paul, MN 55101-2131
(651) 300-7629 (Voice)
(651) 282-5832 (Fax)
Margaret.Jacot@ag.state.mn.us
Jeffrey.Timmerman@ag.state.mn.us
Anna.Veit-Carter@ag.state.mn.us

ATTORNEYS FOR STATE DEFENDANTS

|#5948824-v1

---

capacity only, the Court substituted Miehe for Elseth as a party and amended the caption and docket accordingly. (ECF No. 26).

[4] Plaintiffs listed Ronda Chakolis in their complaint. Because Chakolis's legal name has changed since the lawsuit was filed, the Court should amend the caption and docket to Ronda Marie Chakolis-Hassan to reflect her legal name.

2