## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Women's Life Care Center, et al., | Civil File No. 24-cv-04250 (NEB/SGE) |
| Plaintiffs, | **LR 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING MEMORANDUM OF LAW IN SUPPORT OF STATE DEFENDANTS' MOTION TO DISMISS** |
| vs. | |
| Keith Ellison, et al., | |
| Defendants. | |

I, Margaret Jacot, certify that the Memorandum of Law in Support of State Defendants' Motion to Dismiss complies with Local Rule 7.1(f).

I further certify that, in preparation of this Memorandum, I used Microsoft Word 365, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced Memorandum contains 12,150 words.

*SIGNATURE ON FOLLOWING PAGE*

Dated: March 21, 2025

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota


s/ Margaret Jacot
MARGARET JACOT (0346755)
JEFF TIMMERMAN (0352561)
ANNA VEIT-CARTER (0392518)

Assistant Attorneys General
445 Minnesota Street, Suite 600
St. Paul, MN 55101-2131
(651) 300-7629 (Voice)
(651) 282-5832 (Fax)
Margaret.Jacot@ag.state.mn.us
Jeffrey.Timmerman@ag.state.mn.us
Anna.Veit-Carter@ag.state.mn.us

ATTORNEYS FOR STATE DEFENDANTS

|#6036928-v1