IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **Women's Life Care Center**, on behalf of itself and its patients; **National Institute of Family and Life Advocates (NIFLA)**, on behalf of itself, its member clinics whose interests are violated by Minnesota law, and the patients of such member clinics; **Dakota Hope Clinic**, on behalf of itself and its patients; **David Billings, MD**, on behalf of himself and his patients; and **Dawn Schreifels, MD**, on behalf of herself and her patients;<br><br>                    Plaintiffs,<br><br>v.<br><br>**Keith Ellison**, Attorney General, in his official capacity; **Tim Walz**, Governor, in his official capacity; **Shireen Gandhi**, Temporary Commissioner, Department of Human Services, in her official capacity; **Planned Parenthood Minnesota, North Dakota, South Dakota (PPMNS)**; **Planned Parenthood North Central States (PPNCS)**; **Sarah A. Traxler, MD**, in her capacity as Medical Director/Chief Medical Officer of PPMNS/PPNCS, and individually; **Tikki Brown**, Commissioner, Department of Children, Youth, and Families, in her official capacity; **Brooke Cunningham**, Commissioner, Department of Health, in her official capacity; **Pamela Gigi Chawla, MD, MHA**, President, Board of Medical Practice, in her official capacity; **Jessica Miehe, DNP, RN**, President, Board of Nursing, in her official capacity; **Ronda Marie Chakolis-Hassan, PharmD, MPH**, President, Board of Pharmacy, in her official capacity; **Access Independent Health Services, Inc. d/b/a Red River Women's Clinic**; and **Kathryn L. Eggleston, MD**, in her capacity as Medical Director of Red River, and individually;<br><br>                    Defendants. | **Case No. 24-cv-04250-NEB-SGE**<br><br>**NOTICE OF APPEAL** |

## NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3(c)(1) and 4(a), notice is hereby given that Women's Life Care Center, National Institute of Family and Life Advocates (NIFLA), Dakota Hope Clinic, David Billings, MD, and Dawn Schreifels, MD, in the above-named case, appeal to the United States Court of Appeals for the Eighth Circuit.

The above-named parties appeal from the Order (ECF 185) of the U.S. District Court for the District of Minnesota that was entered on April 24, 2025, a portion of which Stayed All Proceedings Related to Plaintiffs' Emergent Motion for a Preliminary Injunction.

The District Court Order effectively denied Plaintiffs' Emergent Motion for a Preliminary Injunction and is an appealable interlocutory order.  28 U.S.C. §1292(a)(1); *see*, *e.g.*, *Carson v. Am. Brands, Inc.*, 450 U.S. 79, 83-84 (1981) (The damage sought to be enjoined is of the gravest consequence, and completely irreparable).  Prior to entry of its Order, the District Court was alerted to this issue.  Plaintiffs' Opposition to Defendants' Motion states: "Defendants ask this Court to 'stay' Plaintiffs' Motion for the Preliminary Injunction.  By doing so, they effectively ask the Court to deny the motion without it being heard."  (ECF 182, p. 5; *see also*, p. 8.)

Dated:  April 29, 2025

s/ Harold C. Knecht, III
Bar Number: 0283666
Attorney for Plaintiffs
20 Doral Road
Dellwood, MN 55110

2

Tel: (651) 303-9309
mallorygrp@comcast.net

THE CASSIDY LAW FIRM, LLC
Attorneys for Plaintiffs
Harold J. Cassidy*
Bar Number: 011831975
Joseph R. Zakhary*
Bar Number: 010302003
Derek M. Cassidy*
Bar Number: 041562007
Thomas J. Viggiano, III*
Bar Number: 044611997
750 Broad Street, Suite 3
Shrewsbury, NJ 07702
Tel: (732) 747-3999
hjc@haroldcassidy.com

Schaerr | Jaffe LLP
Gene Schaerr*
Bar Number: 416368
1767 K Street, NW, Suite 900
Washington, DC 20006
Tel: (202) 787-1060
gschaerr@schaerr-jaffee.com

Ronan, Tuzzio & Giannone
James Ronan*
Bar Number: 026211976
4000 Route 66
Tinton Falls, NJ 07753
Tel: (732) 922-3300
jronan@ronanlaw.com

* Admitted *pro hac vice*