# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 25-1884

_____

Womens Life Care Center, on behalf of itself and its patients; National Institute of Family and Life Advocates,, (NIFLA), on behalf of itself, its member clinics whose interests are violated by Minnesota law, and the patients of such member clinics; Dakota Hope Clinic, on behalf of itself and its patients; David Billings, MD, on behalf of himself and his patients; Dawn Schreifels, MD, on behalf of herself and her patients

Plaintiffs - Appellants

v.

Keith M. Ellison, Attorney General, in his official capacity; Tim Walz, Governor, in his official capacity; Shireen Gandhi, Temporary Commissioner, Department of Human Services, in her official capacity; Planned Parenthood Minnesota, North Dakota, South Dakota, (PPMNS); Planned Parenthood North Central States, (PPNCS); Sarah A. Traxler, MD, in her capacity as Medical Director/Chief Medical Officer of PPMNS/PPNCS, and individually; Brooke Cunningham, Commissioner, Department of Health, in her official capacity; Pamela Gigi Chawla, MD, MHA, President, Board of Medical Practice, in her official capacity; Ronda Maria Chakolis-Hassan, PharmD, MPH, President, Board of Pharmacy, in her official capacity; Access Independent Health Services, Inc., doing business as Red River Womens Clinic; Kathryn L. Eggleston, MD, in her capacity as Medical Director of Red River, and individually; Jessica Miehe, DNP, RN, President, Board of Nursing, in her official capacity; Tikki Brown, Commissioner, Department of Children, Youth, and Families, in her official capacity

Defendants - Appellees

Laura Elseth, LPN, President, Board of Nursing, in her official capacity

Defendant

_____

Appeal from U.S. District Court for the District of Minnesota
(0:24-cv-04250-NEB)

_____

## JUDGMENT

Before SHEPHERD and KELLY, Circuit Judges.

    The motion of appellees for dismissal of this appeal is granted. The appeal is hereby dismissed. See Eighth Circuit Rule 47A(b).

The motions for leave to file an overlength brief and to vacate the District Court's order dated June 2, 2025 are denied as moot.

June 18, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
         /s/ Susan E. Bindler