UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| WOMEN'S LIFE CARE CENTER, ET AL., | Case No. 24-CV-4250 (NEB/SGE) |
| Plaintiffs, | |
| v. | ORDER |
| KEITH ELLISON, ET AL., | |
| Defendants. | |

---

Plaintiffs seek permission to file a motion for reconsideration of the Court's April 24 Order. (ECF No. 202.) The April 24 Order stayed the preliminary injunction proceedings and scheduled the hearing on the motions to dismiss for June 23, 2025. (ECF No. 185.) That hearing is now scheduled for July 11, 2025. (ECF No. 201.)

Plaintiffs intend to request that their preliminary injunction motion also be heard on July 11, 2025. (ECF No. 202 at 1.) Plaintiffs contend that "judicial economy and convenience of the parties" support this request. (*Id.* at 2.) The Court disagrees. The Court remains convinced that hearing the motions to dismiss first is the best use of judicial resources. *Sierra Club v. U.S. Army Corps of Eng'rs*, 446 F.3d 808, 816 (8th Cir. 2006) ("A district court has broad discretion to stay proceedings when appropriate to control its

docket."). Plaintiffs' request (ECF No. 202) is denied.


Dated: July 8, 2025					BY THE COURT:

							s/Nancy E. Brasel
							Nancy E. Brasel
							United States District Judge