# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Womens Life Care Center, National Institute of Family and Life Advocates, Clara Munger, Alexandra Johnson, K. P. S, Dakota Hope Clinic, David Billings, Dawn Schreifels,<br><br>Plaintiff(s),<br><br>v.<br><br>Keith Ellison, Tim Walz, Shireen Gandhi, Planned Parenthood Minnesota, North Dakota, South Dakota, Planned Parenthood North Central States, Sarah A. Traxler, Brooke Cunningham, Pamela Gigi Chawla, Laura Elseth, Ronda Maria Chakolis-Hassan, Access Independent Health Services, Inc., Kathryn L. Eggleston, Jessica Miehe, Tikki Brown,<br><br>Defendant(s). | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 24-cv-04250-NEB-SGE |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT: Defendants' motions to dismiss (ECF Nos. 163, 176, 213) are GRANTED. And given the Court's conclusions, Plaintiffs' motion for preliminary injunction (ECF No. 64) is DENIED as MOOT.

Date: 8/28/2025                                                                                KATE M. FOGARTY, CLERK